IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-51007
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PEDRO PUENTE-AVALOS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-97-CR-330
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

      Pedro Puente-Avalos appeals from his sentence for illegal
reentry into the United States after his deportation in violation
of 8 U.S.C. § 1326.  Puente argues that he could not be sentenced
under § 1326(b)(2) because the indictment failed to allege that
he had a prior aggravated felony conviction.  His argument is
foreclosed by the Supreme Court's decision in Almendarez-Torres
v. United States, ___ U.S. ___, 1998 WL 126904, at *3, *8 (U.S.
Mar. 24, 1998).

_____

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Puente has filed a motion to stay his appeal pending the Supreme Court's decision in <u>Almendarez-Torres</u>. Puente's motion to stay his appeal is DENIED as moot.

AFFIRMED; MOTION DENIED AS MOOT.